ORIGINAL

FILED

10/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 20-0499

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 20-0499



FILED

OCT 27 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

CHRISTOPHER T. WELLIVER,

Petitioner,

v.

CAPTAIN ROGER BODINE,
Yellowstone County Detention Facility,

Respondent.

ORDER

Representing himself, Christopher T. Welliver has filed a Petition for a Writ of Habeas Corpus, seeking his placement into CCP (Community Corrections Program) and Billings Pre-Release Center. Welliver states that he was sentenced in May 2020 to a five-year term with the Department of Corrections (DOC) with two years suspended and has been in jail for eight months. He explains that instead of being transported or transferred, he has been detained in the county jail because of the constraints imposed by the novel coronavirus this year. Welliver asks to be placed on "probation with conditional release."

Welliver includes no attachments with his petition. We secured a copy of his recent judgment from the Thirteenth Judicial District Court, Yellowstone County. Welliver received concurrent five-year terms for felony criminal possession of dangerous drugs and for felony criminal endangerment, with two years suspended on each count. According to the court's docket, he failed to appear for his sentencing hearing and was arrested. In July 2020, the State charged Welliver with criminal mischief and with escape after being charged with a felony. We note that Welliver has counsel to represent him in both criminal cases.

Our review of Welliver's pending cases reveals that his continued detention in the Yellowstone County Detention Center is due to his failure to appear for his court dates and

absconding. Beyond that, the transportation and placement of offenders after sentencing is within the authority of the DOC. "Considering the number of inmates statewide who may be subject to a transfer order at any given time and the protocols in place to minimize the threat of COVID-19 within the correctional system, this Court [has] decline[d] to dictate the speed at which such transports must occur in a particular case." *Guyer v. Mont. Eighth Judicial Dist. Court*, No. OP 20-0233, Order, 2020 Mont. LEXIS 1933, *7 (June 30, 2020). On October 19, 2020, Welliver had a change of plea and sentencing hearing for his second case. Upon the court's issuance of a written judgment, Welliver will be transported and placed by determination of the DOC.

Welliver has not demonstrated illegal incarceration. Section 46-22-101(1), MCA.

IT IS THEREFORE ORDERED that Welliver's Petition for a Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record; to Thomas L. English, Yellowstone County Attorney's Office; to Cory T. Harmon, Defense Counsel (Cause No. DC-2019-262); to Roberta A. Drew, Defense Counsel (Cause No. DC-2020-815); to Captain Roger Bodine, Yellowstone County Detention Center; and to Christopher T. Welliver personally.

DATED this 27th day of October, 2020.

Justices

2